USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

HUMBERTO ANDERSON,

                      Defendant.

**15 CR 154 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On consent of the parties, the conference currently scheduled for May 31, 2024, at 4:00 p.m. is hereby rescheduled to May 31, 2024, at 1:00 p.m.

**SO ORDERED.**

Dated:    28 May 2024
           New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.