**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2024
```

UNITED STATES OF AMERICA,

  - against -

HUMBERTO ANDERSON,

                        Defendant.

**15 CR 154 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

   It is hereby ordered that the supervisee must be monitored by Standalone GPS or other form of location monitoring technology at the direction of the Probation Department, until further order from this Court. He must abide by all technology requirements.

**SO ORDERED.**

Dated:   31 May 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.